**FILED: 3/24/11**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WHELAN ELECTRIC, INC.,<br><br>  Defendant. | CV10-8357 GHK (DTBx)<br><br>ASSIGNED TO THE HONORABLE GEORGE H. KING<br><br>[~~PROPOSED~~] JUDGMENT |

The Court having considered and approved the stipulation for entry of judgment submitted by and between Whelan Electric, Inc., and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the San Bernardino County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union, National Electrical Industry Fund, and Administrative Maintenance Fund,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the San Bernardino County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union, National Electrical Industry Fund, and Administrative Maintenance Fund shall recover from Whelan Electric, Inc. the principal amount of $42,482.76, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated:   3/23/11

UNITED STATES DISTRICT JUDGE